1   MORAN LAW GROUP, INC.
    CATHLEEN COOPER MORAN, I.D. #83758
2   RENÉE C. MENDOZA, I.D. #139939
    643 Bair Island Road, Suite 403
3   Redwood City, CA 94063
    Tel.: (650) 694-4700
4   Fax: (650) 368-4818
    E-mail: Cathy@moranlaw.net
5
    Attorney for Debtor John Joseph Butler, III
6

7

8                   UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11  In Re:                              )    Chapter 7
                                        )
12  JOHN JOSEPH BUTLER, III &           )    Bankruptcy No. 16-23904
    SANDRA ELAINE BUTLER,               )
13                                      )
                                        )
14                                      )
                   Debtors.             )
15  _____    )

16              **EX PARTE MOTION TO REOPEN CASE**

17          Debtor John Joseph Butler III moves to reopen this case.

18  1.     This case was commenced on June 16, 2016  in this court.  On April 28, 2017, the

19         case was converted to Chapter 7 and subsequently Michael P. Dacquisto was duly

20         appointed trustee.

21  2.     The case was subsequently closed and the trustee discharged.

22  3.     Debtor and co debtor have subsequently divorced and co debtor Sandra Elaine

23         Butler has declined to join in this motion.

24  4.     The debtor seeks the reopening of this case to list an asset mistakenly omitted from

25         his schedules.

26  5.     Re appointment of a trustee is necessary.

27  //

28  //

WHEREFORE, the debtor requests an order reopening the case and appointing a trustee.

Date: 12/04/2020            By: /s/ Cathleen Cooper Moran
                                 CATHLEEN COOPER MORAN
                                 Attorney for John Joseph Butler III