MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
643 Bair Island Road, Suite 403
Redwood City, CA 94063
Tel.: (650) 694-4700
Fax: (650) 368-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor John Joseph Butler, III

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

In Re:                                )     Chapter 7
                                    )
JOHN JOSEPH BUTLER, III &     )     Bankruptcy No. 16-23904
SANDRA ELAINE BUTLER,       )
                                    )
                                    )
                 Debtors.           )
_____ )

**DECLARATION OF JOHN JOSEPH BUTLER III IN SUPPORT OF MOTION TO REOPEN CASE**

I, John Joseph Butler III, declare:

1. I am one of the debtors in this case. I have personal knowledge of the matters addressed herein and could competently testify thereto.

2. I have discovered that I remain on title to a parcel of real estate in the State of Maine. At the time at which I filed this case, I believed that I had effectuated a surrender of my remaining interest in the property in an 2011 bankruptcy filing.

3. The secured creditor as to the property, or its successor, has initiated foreclosure proceedings in Maine, and served me and my former wife, the co debtor in these proceedings. Service of that action made me aware that I had a remaining interest in the property.

4. I assert no interest in the property, but am informed and believe that there may be

1  equity over and above the claim of the secured creditor.

2  5. Sandra Butler and I have dissolved our marriage. From conversations with her, I
3  understand that she declined to join in reopening this case and asserted no interest
4  in the property.

Executed on __12/04/2020__ under penalty of perjury.

                                                           /s/ John Joseph Butler III  
                                                           JOHN JOSEPH BUTLER III