MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
643 Bair Island Road, Suite 403
Redwood City, CA 94063
Tel.: (650) 694-4700
Fax: (650) 368-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor John Joseph Butler, III

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| JOHN JOSEPH BUTLER, III & | ) | Bankruptcy No. 16-23904 |
| SANDRA ELAINE BUTLER, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE BY MAIL

I, Anne Grugan, declare as follows:

I am employed in the County of San Mateo, California; I am over the age of 18 years, and not a party to the within action; my business address is 643 Bair Island Road, Suite 403, Redwood City, California 94063.

I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

On December 4, 2020, I served a copy, with all exhibits, of the following document(s):

**1)      EX PARTE MOTION TO REOPEN CASE**

**2)      DECLARATION OF JOHN JOSEPH BUTLER III IN SUPPORT OF MOTION TO REOPEN CASE**

on the party or parties named below by following ordinary business practice, placing a true copy thereof enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for first class delivery, postage fully prepaid, in the United States Postal Service that same day in the ordinary course of business, addressed as follows:

1

Office of The United States Trustee
501 I Street
2
Suite 7-500
Sacramento, CA 95814
3

4
     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on December 4, 2020,
5
at Redwood City, California.

6
               /s/ Anne Grugan
               Anne Grugan
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28