EDMUND GEE, State Bar No. 178627
Assistant United States Trustee
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814
Telephone: (916) 930-2100
Facsimile: (916) 930-2099
Email: Edmund.Gee@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No. 16-23904 |
| | Chapter 7 |
| John Joseph Butler, III and | |
| Sandra Elaine Butler, | DC NO.: UST-1 |
| Debtors. | |

### *EX PARTE* REQUEST FOR AN ORDER AUTHORIZING THE UNITED STATES TRUSTEE TO APPOINT CHAPTER 7 TRUSTEE

Pursuant to Bankruptcy Rule 5010 and Local Bankruptcy Rule 5010-1, the United States Trustee requests an order authorizing the United States Trustee to appoint a Chapter 7 Trustee in the above-captioned case. In the Debtor John Joseph Butler III's motion to reopen this bankruptcy case, Mr. Butler indicates that he is seeking to amend schedules to listed an omitted asset.

1

Under the circumstances, the appointment of a chapter 7 trustee is appropriate.

Dated: December 10, 2020

Respectfully submitted,

Edmund Gee
Assistant United States Trustee

By: /s/ Edmund Gee
Edmund Gee

Attorney for Tracy Hope Davis,
United States Trustee