**2**
EDMUND GEE, State Bar No. 178627
Assistant United States Trustee
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814
Telephone: (916) 930-2100
Facsimile: (916) 930-2099
Email: Edmund.Gee@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No. 16-23904 |
| | Chapter 7 |
| John Joseph Butler, III and | |
| Sandra Elaine Butler, | DC NO.: UST-1 |
| Debtors. | |

**APPOINTMENT OF SUCCESSOR TRUSTEE**

Tracy Hope Davis, United States Trustee for Region 17, having received the Order Reopening Case hereby appoints the following person as successor trustee pursuant to 11 U.S.C. § 703:

                                 Geoffrey M. Richards
                                 P.O. Box 579
                                 Orinda, CA 94563
                                 Phone: (916) 288-8365

////

////

In the absence of written notification to the bankruptcy court and the United States Trustee rejecting the appointment within seven (7) days after receipt of this notice of selection, the above named individual will be deemed to have accepted this appointment as successor trustee pursuant to Rule 2008 of the Federal Rules of Bankruptcy Procedure.

Dated: December 23, 2020    Respectfully submitted,

Edmund Gee
Assistant United States Trustee

By: /s/ Edmund Gee

Attorney for Tracy Hope Davis,
  United States Trustee

E-filer: Edmund Gee
Direct phone: 916-930-2100
E-mail: edmund.gee@usdoj.gov