2

**Geoffrey Richards**
**Chapter 7 Bankruptcy Trustee**
**PO Box 579**
**Orinda, CA  94563**
**Telephone:    (916) 288-8365**

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| **In Re,** ) | **Case No: 16-23904-C-7** |
| ) | |
| **JOHN JOSEPH BUTLER III** ) | **DCN:   GMR - 1** |
| ) | |
| **SANDRA ELAINE BUTLER** ) | |
| ) | |
| **Debtor(s)** ) | |
| ) | |
| ) | |

**REPORT OF TRUSTEE IN REOPENED CASE AND REQUEST TO CLOSE CASE**

GEOFFREY RICHARDS, the duly appointed Trustee in the above entitled matter, here reports the investigation in this reopened estate as follows:

1. This case was reopened by on December 7, 2020 and Geoffrey Richards was appointed as trustee on December 28, 2020
2.  The case was originally filed as a Chapter 13 case which converted Chapter 7 on case April 27, 2017. The Chapter 7 trustee in the case, Michael Daquisto, administered minimal assets.
3. Debtor is represented by a new counsel in this case, Cathy Moran.
4. Debtor's new counsel filed amended Schedule A/B on January 6, 2021 listing 25 acres of unimproved land with a value range of $150,000 to $200,000 which was not disclosed in the original filing.
5. On January 6th, debtors counsel Cathy Moran provided a referral Thomas Cox, an attorney in Maine, who had provided her with the information about the property.

6. In subsequent discussions with Mr. Cox, it was his opinion that the property might be worth as much as listed on the debtor's amended schedules but was subject to a lien of Fannie Mae in the amount of $90,000.

7. Barry Spitzer was employed as general counsel on February 27, 2021 to assist in the administration of the asset.

8. On March 25th, Mr. Spitzer and I were informed by Mr. Cox that after consulting with local realtors that without extensive timber clearing, the property has substantially lower value.

9. After consideration with the $90,000 lien of Fannie Mae, the expense of the timber clearing, and probable costs of sale, I have determined that the administration of the property would not result in any benefit to creditors.

10. I request the court to close this case.

DATED:　　　April 9, 2021　　　　　　　　　／s／ Geoffrey Richards