FORM EDC 6–640 Order Closing Case Where Case Has Been Reopened (v.8.14)     16–23904 – C – 7

### UNITED STATES BANKRUPTCY COURT
### Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



## ORDER CLOSING CASE WHERE CASE HAS BEEN REOPENED

**Case Number:** 16–23904 – C – 7

**Debtor Name(s) and Address(es):**

John Joseph Butler III
19649 Indian Creek
Cottonwood, CA 96022

Sandra Elaine Butler
10260 Camino Ruiz #69
San Diego, CA 92126

An order reopening case having been entered and the estate having been fully administered;

**IT IS ORDERED** that the above–entitled case be and the same is hereby closed.

Dated: 4/12/21

Wayne Blackwelder
Clerk of Court